People of the State of Illinois, Plaintiff-Appellee, v. Ronald Morris, Defendant-Appellant.

Gen. No. 50,855. (Abstract of Decision.)

First District, Second Division.

December 19, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman, Frederick F. Cohn, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (James B. Zagel and Gino Di Vito, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.